**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-1947**

———————————

MILDRED C. KNIGHT; BOBBY KNIGHT, III,

       Plaintiffs - Appellants,

    v.

EPISCOPAL CHURCH OF THE UNITED STATES; BISHOP KATHARINE
JEFFERTS SCHORI; EPISCOPAL DIOCESE OF LOWER SOUTH CAROLINA;
REVEREND MARK J. LAWRENCE; EPISCOPAL CHURCH HOME; FAMILY
SERVICES INCORPORATED; IRIS ALBRIGHT; IRVIN CONDON; WALTER
KAUFFMAN; GLENN CHURCHILL; JOHN DOES; JANE DOES; LINDA K.
JONES; C. CHLOE; FREDERICK R. TONNEY,

       Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, Chief District
Judge.  (2:10-cv-00516-DCN)

———————————

Submitted:  November 18, 2010    Decided:  November 24, 2010

———————————

Before AGEE, Circuit Judge, and HAMILTON, Senior Circuit Judge.[*]

———————————

Affirmed by unpublished per curiam opinion.

———————————

Mildred C. Knight, Bobby Knight, III, Appellants Pro Se.

———————————

[*] The opinion is filed by a quorum pursuant to 28 U.S.C.
§ 46(d)

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mildred C. Knight and Bobby Knight, III, appeal the district court's orders denying their motion to reconsider the order adopting the magistrate judge's report and recommendation and dismissing their purported civil rights action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Knight v. Episcopal Church of the United States, No. 2:10-cv-00516-DCN (D.S.C. July 26, 2010 & Aug. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED